1

2

3

4

5                 IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ANGEL F. GARDEA,                    No. C 10-03292 CW (PR)

9              Petitioner,               ORDER OF TRANSFER

10        v.

11   A. HEDGPETH, Warden,

12            Respondent.
     _____/

13

14        Petitioner, a state prisoner, has filed a <u>pro se</u> petition for

15   a writ of habeas corpus.  He seeks leave to proceed <u>in forma</u>

16   <u>pauperis</u>.

17        A federal statute allows "the Supreme Court, any justice

18   thereof, the district courts and any circuit judge" to grant writs

19   of habeas corpus "within their respective jurisdictions."  28

20   U.S.C. § 2241(a).  A federal petition for a writ of habeas corpus

21   made by a person in custody under the judgment and sentence of a

22   state court is properly filed in either the district of confinement

23   or the district of conviction.  <u>Id.</u> § 2241(d).  The district court

24   where the petition is filed, however, may transfer the petition to

25   the other district in the furtherance of justice.  <u>See id.</u>  Federal

26   courts in California traditionally have chosen to hear petitions

27   challenging a conviction or sentence in the district of conviction.

28

**United States District Court**
For the Northern District of California

1  See <u>Dannenberg v. Ingle</u>, 831 F. Supp. 767, 767 (N.D. Cal. 1993);
2  <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

3      Here, Petitioner challenges a conviction and sentence incurred
4  in the Santa Barbara County Superior Court, which is in the venue
5  of the Western Division of the Central District of California.  <u>See</u>
6  28 U.S.C. § 84.  Accordingly, that is the proper venue for this
7  action.

8      Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and
9  in the interest of justice, the Clerk of the Court is ordered to
10 TRANSFER this action forthwith to the United States District Court
11 for the Western Division of the Central District of California.

12     All remaining motions are TERMINATED on this Court's docket as
13 no longer pending in this district.

14     IT IS SO ORDERED.

15 Dated: 8/6/2010                        _____
                                         CLAUDIA WILKEN
16                                       UNITED STATES DISTRICT JUDGE

2

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

ANGEL F. GARDEA,

        Plaintiff,

  v.

A. HEDGPETH et al,

        Defendant.

_____/

Case Number: CV10-03292 CW

**CERTIFICATE OF SERVICE**

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

13

That on August 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

14

15

16

17

Angel Felix Gardea F-95469
Salinas Valley State Prison
P.O. Box 1050
Soledad,  CA 93960

Dated: August 6, 2010

18

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3