# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL FELIX GARDEA, | ) | No. CV 10-5962-ODW (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. HEDGPETH, WARDEN, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: August 21, 2012

_____
OTIS D. WRIGHT, II
United States District Judge